UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARCO GROUP, INC. and PONJEB V,
L.L.C.,

                    Plaintiffs,

                    **ORDER**

       -against-                 CV 05-6038 (LDW)(ARL)

DREW MACONACHY,

                    Defendant.
--------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

     The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Wexler's requirements.

     Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Wexler.

Dated: Central Islip, New York        **SO ORDERED:**
      November 29, 2007


                        _____/s/_____
                        ARLENE ROSARIO LINDSAY
                        United States Magistrate Judge