UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**   **ARLENE R. LINDSAY**   **DATE: 3/14/2011**
United States Magistrate Judge
**TIME: 2:00 p.m.**

**DOCKET NO: CV 05-6038 (ARL)**

**CASE:** Carco v. Maconachy

___ **INITIAL CONFERENCE**
___ **STATUS CONFERENCE**          **TELEPHONE CONFERENCE  X**
___ **SETTLEMENT CONFERENCE**
___ **FINAL CONFERENCE  ORDER**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|---|
| | James M. Wicks | Gary A. Ahrens |
| | Franklin C. McRoberts, IV | |
| | Edward F. Cunningham | |

**The following rulings were made:**

   **Details of potential conflict disclosed.**

**SO ORDERED:**
_____/s/_____